# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Michael Lockwood, individually and on behalf of all others similarly situated,

        Plaintiff,

vs.

Quality Egg, LLC an Iowa limited liability company d/b/a Wright County Egg, Hillandale Farms of Iowa, Inc., an Iowa corporation,

        Defendants.

Civil No. 10-4049 (RHK/LIB)

**ORDER**

---

      This matter is venued in the Sixth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: September 29, 2010

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge