UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Michael Lockwood, | Civil No. 10-4049 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| v. | |
| Quality Egg, LLC, Hillandale Farms of Iowa, Inc., | |
| Defendants. | |

---

Pursuant to Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. No. 8),

**IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: March 1, 2011

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge